BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-09-540 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| LUIS FABIAN CHAVEZ, and ) | |
| VINCENTE VILLALOBOS, ) | |
| ) | |
| Defendants. ) | Hon. Garland E. Burrell, Jr. |
| ) | |

The parties request that the status conference currently set for April 2, 2010, be continued to May 21, 2010, and stipulate that the time beginning April 2, 2010, and extending through May 21, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
///

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: March 29, 2010        By:/s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

Dated: March 29, 2010        By:/s/ Matthew Bockman
                                MATTHEW BOCKMON
                                Attorney for defendant
                                LUIS FABIAN CHAVEZ

Dated: March 29, 2010        By:/s/Benedict J. Koller
                                BENEDICT J. KOLLER
                                Attorney for defendant
                                VINCENTE VILLALOBOS

**ORDER**

For the reasons stated above, the status conference in case number CR. S 09-540 GEB, currently set for April 2, 2010, is continued to May 21, 2010; and the time beginning April 2, 2010, and extending through May 21, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 30, 2010

GARLAND E. BURRELL, JR.
United States District Judge